| United States Bankruptcy Court<br>Eastern District of California | | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Consolidated Reliance, Inc** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): **BBB Restaurants, Inc**<br>**AAA Commercial, Inc  New Horizon Equity Group, Inc** | | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**45-5079750, 46-3904952, 46-3419874, 47-3412141** | | Last four digits of Soc. Sec. or Indvidual Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, Cty, and State):<br>**980 9th Street  - 16th Floor**<br>**Sacramento, CA 95814**<br>ZIP CODE **95814** | | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Sacramento** | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1513**<br>**Oakdale, CA 95361**<br>ZIP CODE **95361** | | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearng Bank<br>☒ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☒ Chapter 11         Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                                  Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under  Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer    ☒ Debts are primarily<br>    debts, defined in 11 U.S.C.          business debts.<br>    § 101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or house-<br>    hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach<br>   signed application for the court's consideration certifying that the debtor is<br>   unable to pay fee except in installments.  Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>   attach signed application for the court's consideration.  See Official Form 3B. | Check one box:<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (e<br>    insiders or affiliatess) are less than $2,490,925 *(amou*<br>    *on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition fr<br>    of  creditors, in accordance with 11 U.S.C. § 1126(b) |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
    distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 | $1,000,001<br>to $10 | $10,000,001<br>to $50 | $50,000,001<br>to $100 | $100,000,001<br>to $500 | $500,000,001<br>to $1 billion | More than<br>$1 billion |

FILED SEP 16 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

15-27284

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
Name of landlord that obtained judgment)

_____
Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>Printed Name of Attorney for Debtor(s)<br><br>Firm Name<br><br>Address<br><br>Telephone Number<br><br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signed]* —CEO<br>Signature of Authorized Individual<br>**Tracy Smith**<br>Printed Name of Authorized Individual<br>**CEO**<br>Title of Authorized Individual<br>**September 16, 2015**<br>Date | |

## List of Creditors Holding 20 Largest Unsecured Claims

| Name of Creditor | Contact Information | Nature of Claim | Amount |
|---|---|---|---|
| Internal Revenue Services<br>4643 Quail Lakes Dr Suite 102 Stockton, CA 95316 | Eva Ramirez<br>(209)476-7583<br>4643 Quail Lakes Dr. Suite 102 Stockton, CA 95316 | Payroll Taxes | 320,441.03 |
| CA Employment Development Department<br>PO Box 826215 MIC 3A, Sacramento, CA 94230-6215 | (888)745-3886<br>PO Box 826215 MIC 3A, Sacramento, CA 94230-6215 | Payroll Taxes | 65,629.84 |
| CA Board of Equalization<br>PO Box 942879, Sacramento, CA 94279 | (800)400-7115<br>PO Box 942879, Sacramento, CA 94279 | Sales Taxes | 11,856.00 |
| CAN Capital<br>155 North 400 West, Suite 315, Salt Lake City, UT 84103 | Spencer Jensen<br>(385)234-6007<br>155 North 400 West, Suite 315, Salt Lake City, UT 84103 | Loan | 100,000.00 |
| Gilton Solid Waste Management Inc.<br>755 S Yosemite Oakdale, CA 95361 | Accounts Receivable<br>(209)527-3781<br>755 S Yosemite Oakdale, CA 95361 | Trade | 9,265.61 |
| Waste Management-Carmel Marina Corporation<br>11240 Commercial Parkway Castroville, CA 95012 | Accounts Receivable<br>(800)321-8226<br>11240 Commercial Parkway Castroville, CA 95012 | Trade | 2,479.37 |
| All Points Food Services Parts & Supplies, Inc<br>607 West Dempster Street Mount Prospect, IL 60056 | Accounts Receivable<br>(800)332-2500<br>607 West Dempster Street Mount Prospect, IL 60056 | Trade | 7,053.49 |
| Platt Electric<br>P.O Box 418759 Boston, MA 02241-8759 | Accounts Receivable<br>(503)641-6121<br>P.O Box 418759 Boston, MA 02241-8759 | Trade | 9,597.90 |
| Mike Smith Engineering, Inc.<br>P.O Box 611 Lodi, CA 95241 | Accounts Receivable<br>(209)334-2332<br>P.O Box 611 Lodi, CA 95241 | Engineering | 3,615.00 |
| East Bay Restaurant Supply Inc<br>49-4th Street Oakland, CA 94607-4603 | Accounts Receivable<br>49-4th Street Oakland, CA 94607-4603 | Trade | 2,622.21 |
| Denair Lumber Company, Inc<br>P.O Box 248 Denair, CA 95316 | Accounts Receivable<br>(209)632-2494<br>P.O Box 248 Denair, CA 95316 | Trade | 12,495.53 |
| Law Offices of Anthony Drew Rowe<br>1300 H Street, Suite 300 Modesto, CA 95354 | Accounts Receivable<br>1300 H Street, Suite 300 Modesto, CA 95354 | Legal Services | 1,825.00 |
| Complere<br>4230 Kiernan Ave Suite 210 Modesto, CA 95356 | Accounts Receivable<br>(209)545-8165<br>4230 Kiernan Ave Suite 210 Modesto, CA 95356 | Engineering | 13,811.25 |
| Lester Giesbrecht<br>8275 Mercedes Ave Winton, CA 95388 | Accounts Receivable<br>8275 Mercedes Ave Winton, CA 95388 | Trade | 10,412.00 |
| Harold B. Glassberg<br>1000 4th Street, Suite 570, San Rafael, CA 94901-3118 | Harold B. Glassberg<br>(415)291-8320<br>1000 4th Street, Suite 570, San Rafael, CA 94901-3118 | Judgement | 2,534.15 |
| Willie Electric Supplies Co., Inc.<br>101 South 7th Street, Modesto, CA 95354 | Accounts Receivable<br>(209)527-6800<br>101 South 7th Street, Modesto, CA 95354 | Trade | 5,600.86 |

| Creditor | Account | Type | Amount |
|---|---|---|---|
| A&B Fire Protection and Safety, Inc.<br>514 Work Street, Salinas, CA 93901 | Accounts Receivable<br>(831)422-4404<br>514 Work Street, Salinas, CA 93901 | Trade | 14,890.00 |
| Lowe's<br>PO Box 965004, Orlando, FL 32896-5004 | Accounts Receivable<br>(800)444-1408<br>PO Box 965004, Orlando, FL 32896-5004 | Trade | 3,084.06 |
| Complete Payment Recovery Services, Inc.<br>3500 5th Street, Northport, AL 35476 | Accounts Receivable<br>(800)873-5869<br>3500 5th Street, Northport, AL 35476 | Bounced Payroll Checks | 1,932.17 |
| Old Fishermen's Club<br>PO Box 3775, Modesto, CA 95352 | Dennis Crites<br>(209)589-4773<br>PO Box 3775, Modesto, CA 95352 | Trade Refund | 20,983.05 |

Date: September 16, 2015

Tracy E. Smith - CEO